UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,        )  <br>                                                             )  <br>                                                             )  <br>            v.                                            )  <br>                                                             )  <br> JUSTIN STONE,                                  )  <br>            Defendant.                            )  | Docket No. 2:16-mj-46 |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Eric S. Miller, United States Attorney for the District of Vermont, and moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

    1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the case involves a serious risk that the defendant will flee and/or the defendant presents a danger to himself or others.

    2. <u>Reason For Detention</u>.  The Court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required.  The defendant is a heroin user. In addition, he used his residence as a distribution and storage point for heroin.  There were also firearms found at the residence.  Both the nature of the criminal activity and his heroin use make him a risk of flight and/or a danger to the community, and he should be detained.

    3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant under § 3142(e).

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing at first appearance.  The United States further understands that the defendant does not intend to contest detention at this time.

Dated at Burlington, in the District of Vermont, March 21, 2016.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        ERIC S. MILLER
        United States Attorney

By:    /s/*Heather E. Ross*
       HEATHER E. ROSS
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725